UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARY LEE and JOHN LEE, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 05-11436-DPW |
| | ) | |
| WYETH, INC., WYETH PHARMACEUTICALS, | ) | |
| INC., PFIZER, INC., GREENSTONE, LTD., and | ) | |
| PHARMACIA & UPJOHN COMPANY, | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF EXTENSION OF TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. (collectively, "Wyeth"), and plaintiffs Mary Lee and John Lee that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted,

MARY LEE and JOHN LEE

By their attorneys,

/s/ Albert Flanders
Samuel Pollack (BBO No. 560617)
Albert Flanders (BBO No. 567076)
POLLACK & FLANDERS, LLP
50 Congress Street, Suite 430
Boston, MA  02109
(617) 259-3000
aflanders@pollackandflanders.com

Dated:  November 17, 2005

WYETH, INC. and WYETH
PHARMACEUTICALS, INC.

By Their Attorneys,


/s/ John J. Butts
Robert M. Mahoney (BBO No. 315040)
John J. Butts (BBO No. 643201)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000
john.butts@wilmerhale.com

Dated:  November 17,2005

2