IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mary Lee, et ux<br><br>　　　Plaintiff,<br><br>　　　　　vs.<br><br>WYETH, INC. et al.<br><br>　　　Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No:<br>:  05 - 11436 DPW<br>:<br>:<br>: |

**PROOF OF SERVICE OF PROCESS UPON DEFENDANTS PFIZER, INC.,
GREENSTONE LTD., AND PHARMACIA & UPJOHN COMPANY, LLC
AND
<u>AFFIDAVIT OF PLAINTIFF'S COUNSEL</u>**

**NOW COMES** Plaintiffs, Mary and John Lee by and through counsel, and herby submit proof of service of process in the above-captioned matter pursuant to Federal Rules of Civil Procedure Rule 4. Plaintiff states the following.

1. I, Albert Flanders, counsel for Plaintiff in the above captioned matter, hereby state under the pains and penalties of perjury that I have made service upon Defendants Pfizer, Inc., Greenstone Ltd., and Pharmacia & Upjohn Company, LLC in the manner prescribed by the Federal Rules of Civil Procedure;

2. Plaintiff submits the following documents for filing in this matter:

　　a. Defendant Pfizer, Inc.'s Executed Waiver Of Service Of Process;

　　b. Defendant Greenstone Ltd.'s Executed Waiver Of Service Of Process;

1

    c.    Defendant Pharmacia & Upjohn Company, LLC's Executed Waiver Of Service Of Process;

> Respectfully submitted,
> POLLACK & FLANDERS, LLP
> Attorneys for Plaintiff
>
> _____
> Albert C. Flanders
> BBO No.: 567076
> Pollack & Flanders, LLP
> 50 Congress Street
> Suite 430
> Boston, MA 02109
> p.   (617) 259-3000
> f.   (617) 259-3050

Dated: November 30, 2005

TO:   Michael E. Gallant, Esq.
Pollack & Flanders, LLP
2121 K Street, N.W., Suite 800
Washington, DC 20037

I acknowledge receipt of your request that I waive service of a summons in the action of Lee v. Wyeth, Inc., et al., which is case number 05-11436 in the United States District Court for District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Pfizer, Inc. be served with judicial process in the manner provided by Rule 4.

Pfizer Inc. will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except of objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after date request was sent.

November 29, 2005

Date

*[Signature]*

Signature

Alan E. Rothman
Attorney for Pfizer Inc.

TO: Michael E. Gallant, Esq.
Pollack & Flanders, LLP
2121 K Street, N.W., Suite 800
Washington, DC 20037

I acknowledge receipt of your request that I waive service of a summons in the action of Lee v. Wyeth, Inc., et al., which is case number 05-11436 in the United States District Court for District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Greenstone, LTD., be served with judicial process in the manner provided by Rule 4.

Greenstone Ltd. will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except of objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after date request was sent.

November 29, 2005
Date

*[signature]*
Signature
Alan E. Rothman
Attorney for Greenstone Ltd.

TO:   Michael E. Gallant, Esq.
      Pollack & Flanders, LLP
      2121 K Street, N.W., Suite 800
      Washington, DC 20037

I acknowledge receipt of your request that I waive service of a summons in the action of <u>Lee v. Wyeth, Inc., et al.</u>, which is case number 05-11436 in the United States District Court for District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Pharmacia & Upjohn Company be served with judicial process in the manner provided by Rule 4.

Pharmacia & Upjohn Company LLC will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except of objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after date request was sent.

November 29, 2005                          _____
Date                                        Signature
                                            Alan E. Rothman
                                            Attorney for Pharmacia & Upjohn Company LLC