UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS

FILED
CLERK'S OFFICE
MAR 28 12:13
U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES W. McCORMACK
CLERK

(501)604-5351

March 13, 2006

Sarah Allison Thornton
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3002

Re: MDL No. 1507 - In re Prempro Products Liability Litigation
E.D. AR Master Case Number 4:03CV01507 WRW
Mary Lee, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11436

Dear Ms. Thornton:

I am hoping that you will look into a matter concerning a civil case file that should have been transferred to our district. On January 9, 2006, we notified your office of the conditional transfer order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above-referenced civil case to the Eastern District of Arkansas. This case was made part of the Prempro Products Liability Litigation (MDL-1507) that was assigned to the Honorable William R. Wilson, Jr. We received six of the cases identified in our letter of January 9, 2006; however, we have no record of receiving the remaining case.

Enclosed is a certified copy of the transfer order of January 4, 2006. Please send the original pleadings and certified copies of the docket entries in this case to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website.

Please call me if you have any questions concerning this matter.

Sincerely,

Dennis J. Wysocki
DENNIS J. WYSOCKI
CHIEF DEPUTY OF OPERATIONS

DJW/rm
Enclosures